BLOHM v. SWENEY ET AL.

1. **Practice in Supreme Court:** TRIAL DE NOVO: ABSTRACT OF EVIDENCE. A trial *de novo* can be granted only when all the evidence is before the court; but an abstract which states that the evidence was "substantially as follows," and then sets out certain evidence, *held* to be insufficient, as setting out only what, *in the judgment of appellant's counsel,* was the substance of the evidence.

*Appeal from Pottawattamie District Court.*

WEDNESDAY, JULY 22.

ACTION in chancery to enjoin defendants from entering upon certain property owned by plaintiff, and from interfering with her possession thereof. There was a decree entered by the district court, granting the relief prayed for in the petition. Defendants appeal.

*D. C. Bloomer*, for appellants.

*Wright, Baldwin & Haldane*, for appellee.

BECK, CH. J.—This action is triable in this court *de novo.* The abstract upon which the case is presented to us for decision does not show that it is an abstract of all the testimony in the case. The abstract introduces whatever evidence it presents with the statement that "the testimony was taken on written depositions, and was substantially as follows." This is not sufficient. Our rules require an abstract which is an abridgment, an epitome, of all the evidence. The purpose of the rules is to require a brief statement of all the evidence contained in the record. Counsel who prepares the abstract is not permitted to present what he may determine is the substance of the evidence. The statement that he presents the evidence substantially is, in effect, equivalent to the averment that what he prints is in his judgment the substance of the evidence. Our rules will permit the language of the record to be abbreviated in the abstract, but they will not permit counsel to determine the facts established, or the effect of the evidence, or to substitute what they may consider as substantially the same. This objection was raised by plaintiff's counsel by motion to affirm. We think the motion is well taken, and must be sustained.

AFFIRMED.